IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CHRIS LORENZO,              No. 03:11-CV-00358-PK

           Plaintiff,       ORDER

    v.

PATRICK R. DONAHOE, Postmaster
General, United States Postal Service,

           Defendant.


Eric J. Fjelstad
Smith & Fjelstad
722 N. Main Avenue
Gresham, OR 97030

    Attorney for Plaintiff

James E. Cox , Jr.
U.S. Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

    Attorney for Defendant

HERNANDEZ, District Judge:

Magistrate Judge Papak issued a Findings and Recommendation (#28) on December 31, 2012, in which he recommends that this Court grant Defendant's motion for summary judgment (#17). The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Papak's Findings and Recommendation (#28). Accordingly, Defendant's motion for summary judgment (#17) is granted.

IT IS SO ORDERED.

DATED this 12 day of February, 2013.

MARCO A. HERNANDEZ
United States District Judge